

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Joe Bradley Cochran, Appellant

No. 06-18-00048-CR          v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27507). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Joe Bradley Cochran, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED  OCTOBER 31, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk